# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,  :  No. 1814 Disciplinary Docket No. 3
             Petitioner  :
                          :  No. 7 DB 2012
           v.  :
                          :  Attorney Registration No.  56304
HERBERT P. HENDERSON, II,  :
             Respondent  :  (Lancaster County)

## O R D E R

**PER CURIAM**

    **AND NOW**, this 12th day of February, 2015, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated January 22, 2015, the Joint Petition in Support of Discipline on Consent is granted pursuant to Pa.R.D.E. 215(g), and it is

    ORDERED that Herbert P. Henderson, II, is suspended on consent from the Bar of this Commonwealth for a period of five years retroactive to August 9, 2012, and he shall comply with all the provisions of Pa.R.D.E. 217.